AO 91 (Rev. 11/11) Criminal Complaint (Rev. by USAO on 3/12/20) ☐ Original ☐ Duplicate Orig

FILED
CLERK, U.S. DISTRICT COURT
9/16/2021
CENTRAL DISTRICT OF CALIFORNIA
BY Velecia Cuore DEPUTY

LODGED
CLERK, U.S. DISTRICT COURT
9/16/2021
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT

for the

Central District of California

| | |
|---|---|
| United States of America | |
| v. | |
| DANIEL WAYNE HOLLINGSWORTH, | Case No.    2:21-mj-04298 -DUTY |
| Defendant(s) | |

## CRIMINAL COMPLAINT BY TELEPHONE
## OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of September 14, 2021, in the county of Los Angeles in the Central District of

California, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 111(a)(1), (b) | Forcibly Assaulting, Resisting, Opposing, or Impeding a Federal Officer |

This criminal complaint is based on these facts:

 *Please see attached affidavit.*

☒ Continued on the attached sheet.

_____
/s/ Albert Kei
*Complainant's signature*

Albert Kei, Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date:          9/16/21

_____
*Judge's signature*

City and state:   Los Angeles, California          Hon. Charles F. Eick, U.S. Magistrate Judge
*Printed name and title*

AUSA: Maria Elena Stiteler (x6148)

**AFFIDAVIT**

I, Albert Kei, being duly sworn, declare and state as follows:

## I. PURPOSE OF AFFIDAVIT

1.    This affidavit is made in support of a criminal complaint against, and arrest warrant for, DANIEL WAYNE HOLLINGSWORTH ("HOLLINGSWORTH") for forcibly assaulting, resisting, opposing, or impeding two United States Secret Service ("USSS") Special Agents while engaged in the performance of official duties, involving physical contact and bodily injury, in violation of Title 18, United States Code, Sections 111(a)(1), (b).

2.    The facts set forth in this affidavit are based upon my personal observations, my training and experience, and information obtained from various law enforcement personnel and witnesses, including USSS agents.  This affidavit is intended to show merely that there is sufficient probable cause for the criminal complaint and requested arrest warrant and does not purport to set forth all of my knowledge of or investigation into this matter or the entirety of the law enforcement's investigation into this matter.  Unless specifically indicated otherwise, all conversations and statements described in this affidavit are related in substance and in part only.

## II. BACKGROUND OF AFFIANT

3.    I am a Special Agent ("SA") with the USSS, assigned to the Los Angeles Field Office, in the Recruitment and Special Investigations Squad.  I formerly was a member of the Los

1

Angeles Field Office, Asset Forfeiture Squad.  I have been
employed by USSS since August 2010.  My duties include the
investigation of violations of federal criminal law,
particularly those laws found in Title 18 of the United States
Code and relating to threats made to Secret Service protectees
and employees and assaults on Secret Service employees.

4.    Prior to my employment with USSS, I was a police
officer for the City of Los Angeles.  As a police officer, I was
assigned as a patrol officer, investigating crime and making
numerous arrests for various violations of the California State
Penal Code, Vehicle Code, and Health and Safety Code.  As an
employee with the USSS, my training has included: the USSS
Special Agent Training Course in Beltsville, Maryland, and the
Federal Law Enforcement Training Center Criminal Investigator
Training Program in Brunswick, Georgia.  As a result of my
training and experience, I am familiar with federal laws
concerning threats and assaults on federal employees, among
others.

### III.  SUMMARY OF PROBABLE CAUSE

5.    On the afternoon of September 14, 2021, two Special
Agents of the USSS, Special Agent K.H., and Special Agent B.V.,
went to HOLLINGSWORTH's residence in Inglewood, California to
interview him in connection with a threatening message sent to
USSS through a publicly-accessible USSS website several days
prior.

6.    Toward the end of the interview, HOLLINGSWORTH became
agitated and raised his voice, demanding that the Special Agents

leave his house.  As the Special Agents began to leave, HOLLINGSWORTH's behavior escalated and he assaulted Special Agent K.H., including placing K.H. in a chokehold.  Special Agent B.V. ordered HOLLINGSWORTH to release K.H., and attempted to free K.H.'s neck, but HOLLINGSWORTH continued to resist. Special Agent B.V. struck HOLLINGSWORTH's face, which caused HOLLINGSWORTH's grip to loosen, allowing the Special Agents to gain control and handcuff him.

7.   While Special Agent B.V. called for police assistance, HOLLINGSWORTH became aggressive again and lunged at Special Agent K.H.  HOLLINGSWORTH then began biting K.H.'s forearm. Special Agent B.V. ordered HOLLINGSWORTH to stop and when he refused to comply, B.V. struck HOLLINGSWORTH's face, to regain control.  The Special Agents held HOLLINGSWORTH restrained on the ground as he continued to be combative, until Inglewood Police Department officers arrived and took him into custody.

## IV. <u>STATEMENT OF PROBABLE CAUSE</u>

8.   Based on my review of law enforcement reports and conversations with other law enforcement officers, including victims K.H. and B.V., I learned the following:

9.   On the morning of September 14, 2021, USSS Special Agents K.H. and B.V. spoke with HOLLINGSWORTH on the phone and he provided them with his current home address in Inglewood, California, and agreed that they could come to speak with him.

10.  That afternoon, Special Agents K.H. and B.V. drove to HOLLINGSWORTH's house to interview HOLLINGSWORTH in connection with the following threatening message sent to USSS through a

publicly-accessible USSS website four days prior, on September 10, 2021: "Go on thinking I am not a pissed of man with a 150 IQ. Thats about  o mureder [sic] an entire building of secret service agents."[1]

11.  When the Special Agents first arrived at the house, HOLLINGSWORTH was not home.  At approximately 1:05 p.m., HOLLINGSWORTH arrived and invited them inside.  The Special Agents interviewed HOLLINGSWORTH for about 30 minutes, during which HOLLINGSWORTH remained cooperative and compliant.  During the interview, HOLLINGSWORTH claimed that a government entity was responsible for stealing $2.5 million owed to him, and that the USSS was involved in kidnapping him along with others five or six years ago.  While the interview began in the kitchen, the Special Agents and HOLLINGSWORTH moved into his office, so that he could look something up on his computer.

12.  At the end of the interview, Special Agent K.H. informed HOLLINGSWORTH that the USSS did not deal with crimes involving theft of money or kidnapping, and that those are local police matters.  At that point, HOLLINGSWORTH became agitated and raised his voice, demanding that the Special Agents leave his house.

---

[1]  USSS agents had previously interviewed HOLLINGSWORTH on October 26, 2016, in connection with a threatening Facebook post, posted by HOLLINGSWORTH on October 19, 2016.  In that post, HOLLINGSWORTH wrote, among other things:  "The FBI, The Secret Service, and the entire American military are willing to stand up and shoot Hillary in the face for the lives she has cost them. I got over 4000 rounds of 45 ammo that will be emptied into the hearts of anyone standing up for her. The bitch will die, and America will be 'BY THE PEOPLE FOR THE PEOPLE' regardless of the bull shit you are standing up for. And if you get in the fucking way then you will die with the rest."

13.  As the Special Agents began to leave, HOLLINGSWORTH became aggressive.  HOLLINGSWORTH--who is 6'7" and 300 pounds-- assaulted Special Agent K.H., shoving him/her violently and repeatedly, and when K.H. put out his/her arm and pushed back on HOLLINGSWORTH to create distance, HOLLINGSWORTH lunged at K.H., taking K.H. to the ground.  HOLLINGSWORTH began to wrestle with K.H. and placed K.H. in a chokehold with his arm around K.H.'s neck, cutting off K.H.'s ability to breath for a few seconds. While K.H. was struggling to free his/herself, Special Agent B.V. ordered HOLLINGSWORTH to release K.H. and attempted to free K.H.'s neck from HOLLINGWORTH's arm.  When HOLLINGSWORTH continued to resist, Special Agent B.V. struck HOLLINGSWORTH's face with a fist, which caused HOLLINGSWORTH's grip to loosen, and K.H. managed to get free.  The Special Agents gained control and handcuffed HOLLINGSWORTH with his arms in front, and put him down on his back.

14.  HOLLINGSWORTH began to complain of breathing difficulties.  The agents helped HOLLINGSWORTH into a seated position on the floor.  Special Agent B.V. located the inhaler and administered it and also moved HOLLINGSWORTH into a seated position in his rolling office chair.

15.  While Special Agent B.V. dialed 911 for police assistance, HOLLINGSWORTH became agitated and reached for his cell phone on his office desk and dialed 911.  Special Agent K.H. ordered HOLLINGSWORTH to remain seated.  HOLLINGSWORTH became aggressive again, got out of the chair and lunged at K.H. Special Agent K.H. attempted to control HOLLINGSWORTH from the

rear, and in that struggle, K.H. and HOLLINGSWORTH both fell
over backwards, into a closet.  HOLLINGSWORTH then began biting
K.H.'s forearm.  Special Agent B.V. ordered HOLLINGSWORTH to
stop and when HOLLINGSWORTH refused to comply, B.V. struck
HOLLINGSWORTH's face with his fist several times, to regain
control.

16.   Though HOLLINGSWORTH continued to be combative, the
Special Agents were able to pull HOLLINGSWORTH out of the closet
and placed him on the ground, restraining him until Inglewood
Police Department officers arrived and took him into custody.

17.   During the course of the assaults, Special Agent K.H.
suffered from the following bite wound to his left forearm that
drew blood.



18.   Special Agent K.H. also suffered from cuts and bruises
to his/her right hand, a scrape to the back of his/her left
forearm, scrapes and gauges on both shins that drew blood, and
bruises to his/her neck.  Special Agent B.V. also suffered from
scrapes and bruises.

19.   Both Special Agents received medical attention on the scene, and Special Agent K.H. was also sent to a nearby hospital where he/she was treated for his/her injuries.

## V.   CONCLUSION

20.   Based on the foregoing facts, there is probable cause to believe that HOLLINGSWORTH forcibly assaulted, resisted, opposed, or impeded federal officers while engaged in the performance of official duties, involving physical contact and bodily injury, in violation of Title 18, United States Code, Sections 111(a)(1), (b).

Attested to by the applicant in
accordance with the requirements
of Fed. R. Crim. P. 4.1 by
telephone on this 16th day of
September, 2021.

_____
HONORABLE CHARLES F. EICK
UNITED STATES MAGISTRATE JUDGE