FILED
CLERK, U.S. DISTRICT COURT

SEP 17 2021

CENTRAL DISTRICT OF CALIFORNIA
BY                            DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 21-MJ-4298 |
|---|---|
| Plaintiff, | ORDER OF DETENTION |
| v. | |
| DANIEL HOLLINGSWORTH, | |
| Defendant. | |

I.

On September 17, 2021, Defendant made his initial appearance, by consent to appear by video teleconference, on the criminal complaint filed in this matter. Deputy Federal Public Defender Ramanujan Nadadur was appointed to represent Defendant. A detention hearing was held.

☐    On motion of the Government [18 U.S.C. § 3142(f)(1)] in a case allegedly involving a narcotics or controlled substance offense with maximum sentence of ten or more years.

☒    On motion by the Government or on the Court's own motion [18 U.S.C. § 3142(f)(2)] in a case allegedly involving a serious risk that the defendant will flee.

The Court concludes that the Government is not entitled to a rebuttable presumption that no condition or combination of conditions will reasonably assure the defendant's appearance as required and the safety or any person or the community [18 U.S.C. § 3142(e)(2)].

II.

The Court finds that no condition or combination of conditions will reasonably assure:  ☒ the appearance of the defendant as required.

☒ the safety of any person or the community.

III.

The Court has considered: (a) the nature and circumstances of the offense(s) charged, including whether the offense is a crime of violence, a Federal crime of terrorism, or involves a minor victim or a controlled substance, firearm, explosive, or destructive device; (b) the weight of evidence against the defendant; (c) the history and characteristics of the defendant; and (d) the nature and seriousness of the danger to any person or the community. [18 U.S.C. § 3142(g)] The Court also

considered all the evidence adduced at the hearing and the arguments of counsel, and the report and recommendation of the U.S. Pretrial Services Agency.

IV.

The Court bases its conclusions on information included in the pretrial services report and the indictment:

As to risk of non-appearance:

- ☒ Background information is unverified
- ☒ Defendant has a history of alcohol abuse and admitted use of Marijuana on a daily basis, and defendant is not amenable to substance abuse treatment.
- ☒ Defendant has not provided any third party bail resources, and given the defendant's history of law enforcement contacts and the allegations in the criminal complaint, the Court is not inclined to accept Defendant's offer to post a cash bond and sign an unsecured bond as an appropriate bail resource.
- ☒ Defendant's law enforcement contacts include violations of parole, and a failure to appear which suggest that Defendant will not abide by court orders to appear.

As to danger to the community:

- ☒ allegations in the criminal complaint involve a violent assault on federal law enforcement officers and are indicative of Defendant's pattern of criminal activity as set forth in his numerous law enforcement contacts.
- ☒ Defendant has an active protective warrant with no expiration date.

V.

IT IS THEREFORE ORDERED that the defendant be detained until trial. The defendant will be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant will be afforded reasonable opportunity for private consultation with counsel. On order of a Court of the United States or on request of any attorney for the Government, the person in charge of the corrections facility in which defendant is confined will deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding. [18 U.S.C. § 3142(i)]

Dated: September 17, 2021

/s/
_____
ALKA SAGAR
UNITED STATES MAGISTRATE JUDGE